

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MEM                                      *610 Federal Plaza*
F. #2021R00267                           *Central Islip, New York 11722*

July 20, 2026

By ECF

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:    United States v. Dennis Wolfolk
>        Criminal Docket No. 22-347 (JMA)

Dear Judge Azrack:

   The government respectfully submits this letter in connection with the defendant's June 23, 2026, *pro se* request for a sentence reduction. (Doc. Ent. 82). The defendant's claim for a reduction in sentence stems from time he served on a criminal matter in the state of Georgia, which he claims he did not receive credit toward his federal sentence. (*Id.* at 1-2). The government has contacted the legal office of the Bureau of Prisons and is attempting to confirm with them how the defendant's time of incarceration was calculated and if that time affected his federal sentence.

The government is requesting an additional 45-days to submit its response to the defendant's motion.

Respectfully submitted,

BREON PEACE
United States Attorney

By:     /s/_____
Mark E. Misorek
Assistant U.S. Attorney
(631) 715-7874

cc:     Clerk of the Court (JMA) (via ECF and e-mail)

Dennis Wolfolk  (by certified mail)
Inmate Number 19511-510
FCI Edgefield
501 Gary Hill Road
Edgefield, South Carolina 29824